No. 04–10617. POWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10618. ROTH v. NORTH AMERICAN COAL CORPORATION RETIREMENT SAVINGS PLAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10619. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10620. BRADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10621. CLAY v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 04–10622. CARTER v. RUDDUCK, JUDGE, COURT OF COMMON PLEAS OF OHIO, CLINTON COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 04–10623. HAMMER v. AMAZON.COM. C. A. 2d Cir. Certiorari denied.

No. 04–10624. GANT v. GAROFANO. C. A. 5th Cir. Certiorari denied.

No. 04–10625. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10626. LEVERINGSTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10627. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10628. JONES v. BAYER ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10629. MACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10632. HOGROBROOKS v. SUPREME COURT OF ARKANSAS' COMMITTEE ON PROFESSIONAL CONDUCT ET AL.; and HOGROBROOKS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS. C. A. 8th Cir. Certiorari denied.